FILED by CF D.C.
ELECTRONIC
JUL 3, 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
2012 MAY 18 AM 10: 18
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

12-20069-TP-ALTONAGA/SIMONTON

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER (Tran. Court) | 6:11-CR-21 |
| | | DOCKET NUMBER (Rec. Court) | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Oscar David Isaza Pinzon | DISTRICT<br>Middle District of Florida | DIVISION<br>Orlando | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Charlene Edwards Honeywell | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>2/28/12 | TO<br>2/27/14 |

OFFENSE

Interference with Flight Crew

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Florida

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 12, 2012
Date

Charlene Edwards Honeywell
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 3, 2012
Effective Date

MGCooke
United States District Judge



57

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**

**OSCAR DAVID ISAZA PINZON**

**Case Number: 6:11-CR-214-ORL-36DAB**

**USM Number: 54892-018**

Susy Ribero-Ayala and Manual Casabielle
Retained
2420 Coral Way
Miami, FL 33145

---

## CORRECTED* JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count One of the Indictment. Accordingly, the Court has adjudicated the defendant guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 49 U.S.C. § 46504 | Interference with a Flight Crew | June 19, 2011 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

2/28/2012

Charlene Edwards Honeywell
**CHARLENE EDWARDS HONEYWELL**
**UNITED STATES DISTRICT JUDGE**

March 6, 2012

*Corrected as to U.S. Marshal Number only.

## PROBATION

The defendant is hereby placed on probation for a term of **2 Years**.

While on probation, the defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

**The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders random drug testing not to exceed 104 tests per year.**

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

- The defendant shall participate in the **Home Detention program** for a period of **30 Days**. During this time, the defendant will remain at the defendant's place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on the defendant's ability to pay.
(The Court will allow the Defendant to travel and will allow an extended stay, away from home, for a maximum of 4 weeks, for his employment, with prior approval of the Probation Office.)

- The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

- The defendant shall cooperate in the collection of DNA, as directed by the probation officer.

- The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer. You shall provide the probation officer access to any requested financial information.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the **Schedule of Payments**.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| **$100.00 due immediately** | **$1000.00** | **-0-** |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**Defendant is ordered to begin making payments of $100.00 per month and this payment schedule shall continue until such time as the Court is notified by the Defendant or the Government that there has been a material change in the Defendant's ability to pay.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

OSCAR DAVID ISAZA PINZON

CASE NO.: 6:11- cr-214-Orl-35DAB
49 U.S.C. § 46504
18 U.S.C. § 981(a)(1)(C)-Forfeiture
28 U.S.C. § 2461(c)-Forfeiture

FILED
2011 JUL 13 PM 4:04
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about June 19, 2011, while on an aircraft in the special aircraft jurisdiction of the United States that was out of the jurisdiction of any particular State and district, namely American Airlines Flight 53 with civil aircraft tail number N350AN, en route from Madrid, Spain to Miami, Florida,

**OSCAR DAVID ISAZA PINZON**

the defendant herein, did knowingly interfere with the performance of the duties of "A.W.," "D.O.," and "C.L.," flight attendants of the aircraft, and did lessen the ability of the attendants to perform their duties, by knowingly assaulting and intimidating the flight attendants, to wit: using abusive language, pushing, striking, and punching "A.W.," "D.O.," and "C.L."

Pursuant to Title 18, United States Code, Section 3238, the defendant was first arrested for this offense in Orange County, in the Middle District of Florida.

All in violation of Title 49, United States Code, Section 46504.

**FORFEITURE**

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant

**OSCAR DAVID ISAZA PINZON**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

Foreperson

ROBERT E. O'NEILL
United States Attorney

By: ______________________
David Haas
Assistant United States Attorney

By: ______________________
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

BOND, PLED

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:11-cr-00214-CEH-DAB-1

Case title: USA v. Pinzon
Magistrate judge case number: 6:11-mj-01271-KRS

Date Filed: 07/13/2011
Date Terminated: 02/28/2012

Assigned to: Judge Charlene Edwards Honeywell
Referred to: Magistrate Judge David A. Baker

**Defendant (1)**

**Oscar David Isaza Pinzon**
*TERMINATED: 02/28/2012*

represented by **Manuel L. Casabielle**
Manuel L. Casabielle
2420 Coral Way
Miami, FL 33145
305/860-1558
Fax: 305/860-1559
Email: casabiellelaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Susy Ribero-Ayala**
Law Office of Susy Ribero-Ayala
2420 Coral Way
Miami, Fl 33145
305/854-4711
Email: SUSYERA@AOL.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 49:46504.F INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS (Interfered with and lessened the ability of flight attendants to perform their duties)<br>(1) | PROBATION: 2 years; The mandatory drug testing requirements are imposed; Special Conditions of Probation: Defendant shall participate in a substance abuse program, shall cooperate in the collection of DNA, shall participate in the Home Detention Program for a period of 30 days; shall be prohibited from incurring new credit |

card charges, opening additional lines of credit, etc.; Fine: $1000.00; Special Assessment: $100.00 due immediately

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

Assault in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, U.S.C., Sections 113(a)(4), (a)(5) and Title 49, U.S.C., section 46504.

---

**Plaintiff**

**USA**

represented by **David L. Haas**
US Attorney's Office - FLM
Suite 300
501 W Church St
Orlando, FL 32805
407/648-7500
Fax: 407/648-7643
Email: David.Haas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2011 | 1 | COMPLAINT as to Oscar David Isaza Pinzon (1). (ECJ) [6:11-mj-01271-KRS] (Entered: 06/21/2011) |
| 06/20/2011 | | Arrest of Oscar David Isaza Pinzon on 6/19/2011. (ECJ) [6:11-mj-01271-KRS] (Entered: 06/21/2011) |
| 06/20/2011 | 2 | Minute Entry for proceedings held before Magistrate Judge Karla R. Spaulding: INITIAL appearance as to Oscar David Isaza Pinzon held on 6/20/2011. (DIGITAL) (ECJ) [6:11-mj-01271-KRS] (Entered: 06/21/2011) |
| 06/20/2011 | 3 | ORDER Setting Conditions of Release as to Oscar David Isaza Pinzon (1). Signed by Magistrate Judge Karla R. Spaulding on 6/20/2011. (ECJ) [6:11-mj- |

| | | |
|---|---|---|
| | | 01271-KRS] (Entered: 06/21/2011) |
| 06/20/2011 | 4 | APPEARANCE BOND entered as to Oscar David Isaza Pinzon in amount of $ $25,000 unsecured bond. Signed by Magistrate Judge Karla R. Spaulding on 6/20/2011. (ECJ) [6:11-mj-01271-KRS] (Entered: 06/21/2011) |
| 06/20/2011 | 5 | WAIVER of preliminary hearing by Oscar David Isaza Pinzon. (ECJ) [6:11-mj-01271-KRS] (Entered: 06/21/2011) |
| 07/01/2011 | 6 | NOTICE of attorney appearance: Manuel L. Casabielle appearing for Oscar David Isaza Pinzon (Casabielle, Manuel) [6:11-mj-01271-KRS] (Entered: 07/01/2011) |
| 07/13/2011 | 7 | INDICTMENT returned in open Court as to Oscar David Isaza Pinzon - count 1. (JET) (Entered: 07/13/2011) |
| 07/14/2011 | 8 | NOTICE OF HEARING as to Oscar David Isaza Pinzon. Arraignment set for 7/21/2011 at 10:45 AM in Orlando Courtroom 5 C before Magistrate Judge Donald Paul Dietrich. Copies emailed.(HSL) (Entered: 07/14/2011) |
| 07/18/2011 | 9 | NOTICE of possible conflict of interest by USA as to Oscar David Isaza Pinzon (Haas, David) (Entered: 07/18/2011) |
| 07/18/2011 | 10 | NOTICE of estimated length of trial by USA Estimated trial length: two days. (Haas, David) (Entered: 07/18/2011) |
| 07/18/2011 | 11 | NOTICE of attorney appearance David L. Haas appearing for USA. (Haas, David) (Entered: 07/18/2011) |
| 07/18/2011 | 12 | NOTICE of pendency of related cases re order of compliance to Local Rule as to Oscar David Isaza Pinzon by USA. Related case(s): yes (Haas, David) (Entered: 07/18/2011) |
| 07/19/2011 | 13 | NOTICE of attorney appearance: Susy Ribero-Ayala appearing for Oscar David Isaza Pinzon *as Co-Counsel* (Ribero-Ayala, Susy) (Entered: 07/19/2011) |
| 07/21/2011 | 14 | Minute Entry for proceedings held before Magistrate Judge Donald Paul Dietrich: ARRAIGNMENT as to Oscar David Isaza Pinzon (1) Count 1 held on 7/21/2011. Defendant(s) pled not guilty. (digital) (KKA) (Entered: 07/22/2011) |
| 07/21/2011 | 15 | SCHEDULING ORDER as to Oscar David Isaza Pinzon. Jury Trial set for 9/6/2011 at 09:00 AM in Orlando Courtroom 5 B before Judge Mary S. Scriven. The parties shall file a Joint Status Report on or before the 15th day of each month. Signed by Magistrate Judge Donald Paul Dietrich on 7/21/2011. Copies mailed/emailed.(KKA) (Entered: 07/22/2011) |
| 08/09/2011 | 16 | NOTICE of possible conflict of interest by Oscar David Isaza Pinzon (Casabielle, Manuel) (Entered: 08/09/2011) |
| 08/12/2011 | 17 | NOTICE *of Filing* by Oscar David Isaza Pinzon (Attachments: # 1 Exhibit Defendant's Waiver of Speedy Trial)(Casabielle, Manuel) ***ATTORNEY CALLED ATTACHED INCORRECT DOCUMENT - PDF DELETED - REFILED AT DOCUMENT NO. 20 (IGC).*** (Entered: 08/12/2011) |

| | | |
|---|---|---|
| 08/12/2011 | 18 | Unopposed MOTION to extend time to To File Pretrial Motions by Oscar David Isaza Pinzon. (Casabielle, Manuel) (Entered: 08/12/2011) |
| 08/12/2011 | 19 | Unopposed MOTION to continue trial by Oscar David Isaza Pinzon. (Casabielle, Manuel) (Entered: 08/12/2011) |
| 08/12/2011 | 20 | NOTICE *of Filing Waiver of Speedy Trial* by Oscar David Isaza Pinzon re 17 Notice (other) (Attachments: # 1 Exhibit Defendant's waiver of speedy trial) (Casabielle, Manuel) (Entered: 08/12/2011) |
| 08/15/2011 | 22 | STATUS REPORT *Joint* by USA as to Oscar David Isaza Pinzon (Haas, David) (Entered: 08/15/2011) |
| 08/15/2011 | 23 | MOTION to adopt 19 Unopposed MOTION to continue trial by Oscar David Isaza Pinzon. (Ribero-Ayala, Susy) Modified on 8/16/2011 (RDO). (Entered: 08/15/2011) |
| 08/15/2011 | 24 | Unopposed MOTION to travel by Oscar David Isaza Pinzon. (Attachments: # 1 Text of Proposed Order)(Casabielle, Manuel) (Entered: 08/15/2011) |
| 08/16/2011 | 25 | ENDORSED ORDER granting 24 Motion to Travel as to Oscar David Isaza Pinzon (1). Any future requests for travel must be filed at least seven days prior to the proposed travel. Defendant shall keep his attorney and Pretrial Services aware of his location and contact information at all times and shall check in with Pretrial Services immediately upon his return. Defendant shall abstain from any alcoholic beverages while in transit. Signed by Magistrate Judge David A. Baker on 8/16/2011. (Baker, David) (Entered: 08/16/2011) |
| 08/18/2011 | 26 | ORDER re: 19 23 Motions to continue trial as to Oscar David Isaza Pinzon. This case is continued to the **NOVEMBER 2011 TRIAL TERM, subject to the submission of a written Waiver of Speedy Trial through November 30, 2011, within seven (7) days from the date of this Order**. The parties shall file a Joint Status Report on or before the 15th day of each month. Signed by Judge Mary S. Scriven on 8/18/2011. (NBL) copies mailed/e-mailed (Entered: 08/18/2011) |
| 08/19/2011 | | Set/reset deadlines/hearings as to Oscar David Isaza Pinzon: Jury Trial set for 11/1/2011 at 09:00 AM before Judge Mary S. Scriven (PML) (Entered: 08/19/2011) |
| 08/19/2011 | | Reset deadlines/hearings as to Oscar David Isaza Pinzon: Jury Trial set for 9/6/2011 at 09:00 AM before Judge Mary S. Scriven. Previously reset to the November trial term in error. (PML) (Entered: 08/19/2011) |
| 08/23/2011 | 27 | WAIVER of speedy trial through November 30, 2011 by Oscar David Isaza Pinzon (Casabielle, Manuel) (Entered: 08/23/2011) |
| 08/25/2011 | 28 | ORDER as to Oscar David Isaza Pinzon re: 26 Order granting trial term continuance. This is to advise the parties that the November 2011 Trial Term commences Monday, October 31, 2011. Signed by Judge Mary S. Scriven on 8/25/2011. (NBL) copies mailed/e-mailed (Entered: 08/25/2011) |
| 08/25/2011 | | Set/reset hearings as to Oscar David Isaza Pinzon: Jury Trial is set for the NOVEMBER 2011 TRIAL TERM in Orlando Courtroom 5 B before Judge |

Case 1:12-tp-20069-CMA Document 1 Entered on FLSD Docket 07/03/2012 Page 13 of 16

| | | |
|---|---|---|
| | | Mary S. Scriven. (NBL) (Entered: 08/25/2011) |
| 08/29/2011 | 29 | ENDORSED ORDER GRANTING 18 Defendants Unopposed Motion for Extension of Time to file Pretrial Motions. Defendant shall have up to and including September 30, 2011 to file any Pretrial Motions with the Court. Signed by Judge Mary S. Scriven on 8/29/2011. (KWH) (Entered: 08/29/2011) |
| 08/30/2011 | 30 | ORDER DENYING WITHOUT PREJUDICE 21 Defendant's Exparte Motion. Signed by Judge Mary S. Scriven on 8/30/2011. (KWH) Modified on 8/30/2011 (RDO). (Entered: 08/30/2011) |
| 09/01/2011 | 31 | MOTION for issuance of subpoena duces tecum by Oscar David Isaza Pinzon. (Casabielle, Manuel) Modified on 9/1/2011 (IGC). (Entered: 09/01/2011) |
| 09/02/2011 | 32 | ENDORSED ORDER denying as unnecessary 31 motion for issuance as to Oscar David Isaza Pinzon (1). Under Rule 17(a), Fed. R. Crim. Pro., the Clerk issues subpoenas in blank. Court authorization is required only for defendants unable to pay witness fees. Signed by Magistrate Judge David A. Baker on 9/2/2011. (Baker, David) (Entered: 09/02/2011) |
| 09/15/2011 | 33 | STATUS REPORT *Joint* by USA as to Oscar David Isaza Pinzon (Haas, David) ***Attorney called PDF deleted - incorrect caption & case number - attorney to refile corrected status report (IGC).*** (Entered: 09/15/2011) |
| 09/15/2011 | 34 | STATUS REPORT *Joint* by USA as to Oscar David Isaza Pinzon (Haas, David) (Entered: 09/15/2011) |
| 09/28/2011 | 35 | MOTION to extend time to File any Pretrial Motions by Oscar David Isaza Pinzon. (Casabielle, Manuel) (Entered: 09/28/2011) |
| 10/04/2011 | 36 | ENDORSED ORDER GRANTING 35 Defendants Motion for Extension of Time to File PreTrial Motions. Defendant shall have up to and including October 18, 2011 to file any Pretrial Motions with the Court. Signed by Judge Mary S. Scriven on 10/4/2011. (KWH) (Entered: 10/04/2011) |
| 10/14/2011 | 37 | STATUS REPORT *Joint* by USA as to Oscar David Isaza Pinzon (Haas, David) (Entered: 10/14/2011) |
| 10/24/2011 | 38 | NOTICE OF HEARING as to Oscar David Isaza Pinzon. Change of Plea Hearing set for 11/2/2011 at 10:00 AM in Orlando Courtroom 6 D before Magistrate Judge David A. Baker. Copies emailed.(HSL) (Entered: 10/24/2011) |
| 10/25/2011 | 39 | PLEA AGREEMENT re: count(s) One of the Indictment as to Oscar David Isaza Pinzon. (Haas, David) (Entered: 10/25/2011) |
| 10/28/2011 | 40 | Emergency MOTION to extend time to change the plea by Oscar David Isaza Pinzon. (Attachments: # 1 Text of Proposed Order)(Casabielle, Manuel) (Entered: 10/28/2011) |
| 11/01/2011 | 41 | NOTICE canceling Change of Plea hearing scheduled for 11/2/11 as to Oscar David Isaza Pinzon. Copies emailed. (HSL) (Entered: 11/01/2011) |
| 11/01/2011 | 42 | ORDER granting 40 Motion to extend time as to Oscar David Isaza Pinzon (1). Change of plea is rescheduled to 11/14/11 at 10:00 AM before Judge Baker. |

| | | |
|---|---|---|
| | | Signed by Magistrate Judge David A. Baker on 11/1/2011. Copies emailed. (HSL) (Entered: 11/01/2011) |
| 11/02/2011 | | Reset hearings as to Oscar David Isaza Pinzon: Change of Plea Hearing set for 11/14/2011 at 10:00 AM in Orlando Courtroom 6 D before Magistrate Judge David A. Baker. (IGC) (Entered: 11/02/2011) |
| 11/14/2011 | 43 | Minute Entry for proceedings held before Magistrate Judge David A. Baker: CHANGE of plea hearing as to Oscar David Isaza Pinzon held on 11/14/2011. (digital) (HSL) (Entered: 11/14/2011) |
| 11/14/2011 | 44 | CONSENT to institute presentence investigation report as to Oscar David Isaza Pinzon (HSL) (Entered: 11/14/2011) |
| 11/14/2011 | 45 | CONSENT regarding entry of a plea of guilty as to Oscar David Isaza Pinzon (HSL) (Entered: 11/14/2011) |
| 11/14/2011 | 46 | REPORT AND RECOMMENDATION concerning plea of guilty re: count(s) One of the Indictment as to Oscar David Isaza Pinzon. Signed by Magistrate Judge David A. Baker on 11/14/2011. Copies emailed.(HSL) (Entered: 11/14/2011) |
| 11/15/2011 | 47 | NOTICE of no objection by USA as to Oscar David Isaza Pinzon (Haas, David) (Entered: 11/15/2011) |
| 11/29/2011 | 48 | ORDER MODIFYING CONDITIONS OF RELEASE as to Oscar David Isaza Pinzon. Signed by Magistrate Judge Karla R. Spaulding on 11/29/2011. (copies provided)(ECJ) (Entered: 11/29/2011) |
| 11/30/2011 | 49 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: count(s) One of the Indictment as to Oscar David Isaza Pinzon. Signed by Judge Charlene E. Honeywell on 11/30/2011. (NBL) copies mailed/e-mailed (Entered: 11/30/2011) |
| 11/30/2011 | 50 | ORDER Setting Sentencing Hearing as to Oscar David Isaza Pinzon. Sentencing set for 2/28/2012 at 1:30PM in Orlando Courtroom 5 B before Judge Charlene E. Honeywell. Signed by Judge Charlene E. Honeywell on 11/30/2011. (NBL) copies mailed/e-mailed (Entered: 11/30/2011) |
| 12/06/2011 | 51 | MOTION to travel *Oustide the United States* by Oscar David Isaza Pinzon. (Attachments: # 1 Text of Proposed Order)(Casabielle, Manuel) (Entered: 12/06/2011) |
| 12/13/2011 | 52 | ENDORSED ORDER denying 51 Motion to Travel as to Oscar David Isaza Pinzon (1). Signed by Magistrate Judge David A. Baker on 12/13/2011. (Baker, David) (Entered: 12/13/2011) |
| 12/20/2011 | 53 | Case as to Oscar David Isaza Pinzon reassigned to Judge Charlene E. Honeywell per #1 Order, case 6:11-mc-133-Orl-22. New case number: 6:11-cr-214-Orl-36-DAB. Judge Mary S. Scriven no longer assigned to the case. (GJS) (Entered: 12/20/2011) |
| 02/17/2012 | 54 | SENTENCING MEMORANDUM by Oscar David Isaza Pinzon (Ribero-Ayala, Susy) (Entered: 02/17/2012) |

| | | |
|---|---|---|
| 02/22/2012 | 55 | NOTICE *OF FILING LETTERS OF RECOMMENDATION* by Oscar David Isaza Pinzon (Attachments: # 1 Letters of Recommendation)(Ribero-Ayala, Susy) (Entered: 02/22/2012) |
| 02/28/2012 | 56 | Minute Entry (SENTENCING)Proceedings held before Judge Charlene Edwards Honeywell on 2/28/2012 for Oscar David Isaza Pinzon (1), Count 1, PROBATION: 2 years; The mandatory drug testing requirements are imposed; Special Conditions of Probation: Defendant shall participate in a substance abuse program, shall cooperate in the collection of DNA, shall participate in the Home Detention Program for a period of 30 days. The Court will allow Defendant to travel and allow an extended stay, away from home, for a maximum of 4 weeks, for his employment, with the approval of the Probation Office; shall be prohibited from incurring new credit card charges, opening additional lines of credit, etc.; Fine: $1000.00 (Payments allowed); Special Assessment: $100.00 due immediately. Court Reporter: Koretta Stanford (NBL) (Entered: 02/28/2012) |
| 02/29/2012 | 57 | JUDGMENT IN A CRIMINAL CASE as to Oscar David Isaza Pinzon (1), Count 1, PROBATION: 2 years; The mandatory drug testing requirements are imposed; Special Conditions of Probation: Defendant shall participate in a substance abuse program, shall cooperate in the collection of DNA, shall participate in the Home Detention Program for a period of 30 days. (The Court will allow the Defendant to travel and will allow an extended stay, away from home, for a maximum of 4 weeks, for his employment, with prior approval of the Probation Office.); shall be prohibited from incurring new credit card charges, opening additional lines of credit, etc.; Fine: $1000.00 (payments allowed); Special Assessment: $100.00 due immediately. Signed by Judge Charlene Edwards Honeywell on 2/29/2012. (NBL) copies mailed/e-mailed (Entered: 02/29/2012) |
| 03/06/2012 | 58 | CORRECTED JUDGMENT as to Oscar David Isaza Pinzon (1). Corrected as to U.S. Marshal Number only. Signed by Judge Charlene Edwards Honeywell on 3/6/2012. (NBL) copies mailed/e-mailed (Entered: 03/06/2012) |
| 05/18/2012 | 59 | TRANSFER of jurisdiction to Southern District of Florida as to Oscar David Isaza Pinzon (PML) (Entered: 05/18/2012) |
| 05/18/2012 | 60 | NOTICE to Southern District of Florida re: Transfer of jurisdiction as to Oscar David Isaza Pinzon (Instructions to obtain copies of electronic record and copy of Transfer of Jurisdiction form sent to Southern District of Florida Clerk's Office). (PML) (Entered: 05/18/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/26/2012 08:30:41 | | | |
| **PACER Login:** | ux2299 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:11-cr-00214-CEH-DAB |
| | | | |

| | | | |
|---|---|---|---|
| **Billable Pages:** | 6 | **Cost:** | 0.60 |